```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 30292
   JOSE MONTERO
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-4034

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/02/2005 and was confirmed 12/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/05/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-------------------------------------------------------------------------------
MARX MOTORS                SECURED           2490.00        304.54       747.20
MARX MOTORS                UNSECURED        NOT FILED          .00          .00
CITY OF CHICAGO PARKING    UNSECURED          4110.00          .00          .00
CITY OF CHICAGO DEPT OF    NOTICE ONLY      NOT FILED          .00          .00
LASALLE BANK               UNSECURED        NOT FILED          .00          .00
ACTIVE CREDIT SERVICE      UNSECURED        NOT FILED          .00          .00
ADVOCATE PROFFESIONAL GR   UNSECURED        NOT FILED          .00          .00
AFNI                       UNSECURED        NOT FILED          .00          .00
AMERICAN ONLINE            UNSECURED        NOT FILED          .00          .00
BANK ONE DEPOSIT ACCOUNT   UNSECURED        NOT FILED          .00          .00
AT & T WIRELESS            UNSECURED        NOT FILED          .00          .00
CHICAGO DEPT OF REVENUE    UNSECURED        NOT FILED          .00          .00
CHICAGO DEPT OF REVENUE    UNSECURED        NOT FILED          .00          .00
CITY OF CHICAGO DEPT OF    UNSECURED        NOT FILED          .00          .00
COMCAST                    UNSECURED        NOT FILED          .00          .00
COMED                      UNSECURED        NOT FILED          .00          .00
EMERGENCY CARE PHYSICIAN   UNSECURED        NOT FILED          .00          .00
KEY NOTE CONSULTING        UNSECURED        NOT FILED          .00          .00
LASALLE BANK               UNSECURED        NOT FILED          .00          .00
MEDICAL RECOVERY SPECIAL   UNSECURED        NOT FILED          .00          .00
MEDICAL RECOVERY SPECIAL   UNSECURED        NOT FILED          .00          .00
NCI                        UNSECURED        NOT FILED          .00          .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED          .00          .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED          .00          .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED          .00          .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY       2,200.00                    2,200.00
TOM VAUGHN                 TRUSTEE                                         193.26
DEBTOR REFUND              REFUND                                             .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 30292 JOSE MONTERO
```

```
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  3,445.00

PRIORITY                                              .00
SECURED                                            747.20
     INTEREST                                      304.54
UNSECURED                                             .00
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                               193.26
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                   3,445.00                3,445.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 09/25/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 30292 JOSE MONTERO